**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **TERRENCE TERRELL LINDSEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 4:24-cv-01212-O-BP** |
| | § | |
| **THE STATE OF TEXAS,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, pursuant to 28 U.S.C. § 1915(e)(2)(B), it is **ORDERED** that Lindsey's claims against the State of Texas and Warren Kenneth Paxton, Jr. are **DISMISSED WITHOUT PREJUDICE**, and the balance of Lindsey's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** on this **March 20, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**